IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 149

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., )<br>)<br>Plaintiffs )<br>)<br>V )<br>)<br>DILLIE LOU'S, DELIA JAMES, )<br>Individually and d/b/a DILLIE LOU'S, and )<br>DOES 1 through 100, )<br>)<br>Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Matthew B. Liebler's Application for Admission to Practice *Pro Hac Vice* of Donald A. Cole. It appearing that Donald A. Cole is a member in good standing with the Illinois Bar and will be appearing with Matthew B. Liebler, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Matthew B. Liebler's Application for Admission to Practice *Pro Hac Vice* (#8) of Donald A. Cole is **GRANTED**, and that Donald A. Cole is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Matthew B. Liebler.

Signed: June 29, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge